# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

SHADD STOKES                                                    PLAINTIFF

v.                              No. 3:19-cv-00253-JTR

ANDREW SAUL,
Commissioner of Social Security                                DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] *Doc. 23*.  The Commissioner has filed a Response.  *Doc. 25.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $3,645.32 consisting of: (1) 1.05 hours of attorney work at the 2019 hourly rate of $205.00 ($215.25); (2) 13.75 hours of attorney work at the 2020 hourly rate of $206.00 ($2,832.50); (3) 7.70 hours of paralegal work at an hourly rate of $75.00 ($577.50); and (4) expenses of $20.07. The Commissioner consents to an award in the amount stated in Plaintiff's Motion.

The Court concludes that:  (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

---

[1] On August 26, 2020, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration.  *Doc. 21.*

1

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees and Expenses Pursuant to the EAJA, *Doc. 23,* is GRANTED, as stated herein.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,645.32** in attorney's fees and expenses under the EAJA.[2]

DATED this 28th day of October, 2020.

_____

UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.